AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 02, 2026*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Contreras Gonzalez, Antonio De Jesus | ) | Case No.  **4:26-mj-425** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 21, 2026___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) | A native and citizen of Mexico, and an alien who had been previously deported from the United State, was found unlawfully in the United States at Harris County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Antonio Arce-Barrera, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: ___07/02/2026___

_____
*Judge's signature*

City and state: ___Houston, Texas___

Hon. Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-425**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Antonio Arce-Barrera, being duly sworn telephonically, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") and have served in that capacity since October 19, 2025. My law enforcement career began October 19, 2025, as an Immigration Enforcement Officer. I currently have approximately 8 months of immigration law enforcement experience.

(2)     On January 21, 2026, ICE encountered Antonio De Jesus Contreras Gonzalez ("Defendant") while incarcerated in the Harris County Jail and lodged Form I-247, Notice of Action-Detainer.  On June 30, 2026, Harris County Sheriff's Office transferred Defendant to the custody of ICE.

(3)     On July 01, 2026, at approximately 10:00 a.m., ICE determined that Defendant was amenable for prosecution under 8 U.S.C. § 1326(a).

(4)     The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(5)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a).

(6)     Element One: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(7)     Element Two: The Defendant has previously been deported or removed from the United States on the following occasions:

Removed  11/06/2014
Removed  07/25/2015

(8)    <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on January 21, 2026. Defendant was encountered by Department of Homeland Security under Immigration and Customs Enforcement at the Harris County Sherrif's Office (HCSO) during Criminal Alien Program (CAP). Additionally, I conducted a system query in the Alien Criminal Response Information Management System (ACRIMe), to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On July 01, 2026, ACRIMe returned negative results.

(9)    <u>Element Four</u>: The Defendant did not have permission to reenter the United States.  On July 01, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(10)    Prior Criminal History: The Defendant has the following prior criminal history:

(a)    On October 14, 2011, the defendant was convicted in the Harris County Criminal Court at Law #5 in Houston, Texas for the offense of DWI 1st Offender, and was sentenced to 30 days in confinement. Case No. 165819001010.

(b)    On November 06, 2014, the Defendant was convicted in the United States District Court for Southern District of Texas, Brownsville Division for the offense of entering the United States illegally, violation of 8 U.S.C. §1325(a)(1) and was sentenced to time served. Case No. 1:14−po−01665.

(c)    On July 13, 2015, the Defendant was convicted in the United States District Court for Southern District of Texas, McAllen Division for the offense of entering the United States illegally, violation of 8 U.S.C. §1325(a)(1) and sentenced for 15 days confinement. Case No. 7:15−po-03618.

(d)    On June 29, 2026, the Defendant was convicted in the 495th District Court of Harris County, Texas for the assault of a family member and sentenced to 1 year confinement. Case No. 194884701010.

 (11)    On October On July 01, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Special Assistant U.S. Attorney Carrie Law (281) 409-7859 accepted this case for prosecution for violation of 8 U.S.C.§ 1326(a).

_____

Antonio Arce-Barrera, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn to me telephonically before me on the 2nd day of July 2026, and I find probable cause.

_____

Hon. Judge Yvonne Y. Ho
United States Magistrate Judge
Southern District Texas